NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-829

STATE OF LOUISIANA

VERSUS

LOUIS HUTCHINSON, III

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 00-507
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.

Amy, J. concurs in part, dissents in part and assigns written reasons.

AMENDED IN PART; AFFIRMED IN PART AND REMANDED WITH INSTRUCTIONS.

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
Counsel for: Defendant/Appellant
Louis Hutchinson, III

**Honorable J. Phillip Haney**
**District Attorney**
**300 Iberia Street, Suite 200**
**New Iberia, LA 70560**
**(337) 369-4420**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Walter James Senette, Jr.**
**Assistant District Attorney 16th Judicial District Court**
**P. O. Box 1008**
**Franklin, LA 70538**
**(337) 828-4100**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Louis Hutchinson, III**
**Pro Se**
**307 River Village Dr.**
**Destrehan, LA 70047-4018**